BILLINGS v. HARRIS CO.

No. 27 PC.

Case below: 27 N.C. App. 689.

Petition for discretionary review under G.S. 7A-31 allowed 3 February 1976.

BOGLE v. POWER CO.

No. 132 PC.

Case below: 27 N.C. App. 318.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

DAVIS v. INSURANCE CO.

No. 26 PC.

Case below: 28 N.C. App. 44.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.

ELKS LODGE v. BOARD OF ALCOHOLIC CONTROL

No. 15 PC.

Case below: 27 N.C. App. 594.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 February 1976.

GRADING CO. v. CONSTRUCTION CO.

No. 31 PC.

Case below: 27 N.C. App. 725.

Petition for discretionary review under G.S. 7A-31 denied 3 February 1976.